IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| ESTATE OF JAMES KEAN, EARNEST KEAN, ALVA MARSH, WARREN MARSH, JEWEL MARSH MOOLENAR, PATRICIA LOONEY, individually, and as guardian for IRMA MARSH CALIGIONE,<br><br>      Plaintiffs<br><br>      v.<br><br>NATIONAL PARK SERVICE and UNITED STATES OF AMERICA, TRUST FOR PUBLIC LAND, OUIDA NELSON, JOSEPH ADLER, VALENTINO NELSON, and NELINDA NELSON,<br><br>      Defendants.<br>_____<br><br>NATIONAL PARK SERVICE and UNITED STATES OF AMERICA,<br><br>      Third-Party Plaintiff,<br><br>      v.<br><br>TRUST FOR PUBLIC LAND,<br><br>      Third-Party Defendant. | Civil No. 1998-176 |

**ORDER**

**GÓMEZ, C.J.**

The Court, upon consideration of the September 25, 2007, Report and Recommendation of the United States Magistrate Judge, to which no objections have been filed; and after an independent

*Kean v. National Park Service, et al.*
Civil No. 1998-176
Order
Page 2

and *de novo* review of the record, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, it is hereby

**ORDERED** that the Referees' Report, dated June 12, 2007, is **CONFIRMED** in all respects, and Parcel Remainder 3A Estate Abraham's Fancy, St. John, Virgin Islands shall be partitioned in accordance therewith; and it is further

**ORDERED** that any additional tasks in this matter that the parties wish to have the court consider shall be submitted no later than March 13, 2008.

**Dated: December 14, 2007**          S\_____
                                                    **CURTIS V. GÓMEZ**
                                                    **Chief Judge**


Copy:

Hon. Geoffrey W. Barnard
Joycelyn Hewlett, AUSA
A.J. Weiss, Esq.
Jay Isherwood, Esq.
Richard Knoepfel, Esq.
Nelinda and Valentino Nelson
Mrs. Trotman
Ms. Donovan
Mrs. Schneider
Bailey Figler, Esq.

*Kean v. National Park Service, et al.*
Civil No. 1998-176
Order
Page 3